574

479 A.2d 1125

Commonwealth v. Stewart, Appellant.

Submitted January 20, 1984. John Alden, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.

479 A.2d 1125

Commonwealth v. Swiezak, Appellant.

Petition for Allowance of Appeal
Denied March 8, 1985.

Submitted May 4, 1984. Charles B. Coleman, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.